AO 470  (8/85)    Order of Temporary Detention

# United States District Court
## WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

V.

James Edward Thomson
Defendant

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT

Case Number :   2:06-mj-14

Upon motion of the United States, it is ORDERED that a detention hearing is set for   April 20, 2006   at   1:30 p.m.   before

Timothy P. Greeley, U.S. Magistrate Judge
Name of Judicial Officer

Marquette, Michigan
Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by the United States marshal and produced for the hearing.

4/18/06
Date

/s/ Timothy P. Greeley
Judicial Officer