UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                          Case No. 2:06-cr-12

JAMES EDWARD THOMSON, JR.                               HON. GORDON J. QUIST

    Defendant.
_____/

## ORDER OF DETENTION

This matter comes before the court on the government's motion for detention (docket #2). A detention hearing was scheduled before the undersigned on May 3, 2006, at which time the defendant advised the court he was waiving his right to a detention hearing without prejudice as the parties were actively pursuing plea negotiations. Therefore, IT IS HEREBY ORDERED that the government's motion for pretrial detention shall be granted and that the defendant will remain detained pending trial.

Therefore, IT IS HEREBY ORDERED that the defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections

facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    IT IS SO ORDERED.

                              /s/ Timothy P. Greeley
                              TIMOTHY P. GREELEY
                              UNITED STATES MAGISTRATE JUDGE

Dated: May 4, 2006